```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 44171
    LINDA S HARDEN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7625

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/01/2004 and was confirmed 02/14/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was paid in full 09/16/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
 ARONSON FURNITURE          SECURED              500.00          .00         500.00
 ARONSON FURNITURE          UNSECURED           1338.40          .00         133.84
 CAPITAL ONE AUTO FINANCE   SECURED             4890.00       583.28        4890.00
 CAPITAL ONE AUTO FINANCE   UNSECURED           3091.38          .00         309.14
 ROBERT J ADAMS & ASSOC     PRIORITY         NOT FILED           .00             .00
 AMERICAN GENERAL FINANCE   UNSECURED           3210.69          .00         321.07
 CAPITAL ONE                UNSECURED         NOT FILED          .00             .00
 CAPITAL ONE SERVICES       UNSECURED         NOT FILED          .00             .00
 CITY OF CHICAGO PARKING    UNSECURED            547.50          .00          54.75
 COMED                      UNSECURED         NOT FILED          .00             .00
 CREDIT FIRST NATIONAL AS   UNSECURED         NOT FILED          .00             .00
 E R SOLUTIONS INC          UNSECURED         NOT FILED          .00             .00
 PREMIER BANCARD CHARTER    UNSECURED             569.24         .00          56.92
 I C SYSTEMS INC            UNSECURED         NOT FILED          .00             .00
 IMC                        UNSECURED         NOT FILED          .00             .00
 WORLD FINANCIAL NETWORK    UNSECURED             198.87         .00          19.89
 ROUNDUP FUNDING LLC        UNSECURED             770.97         .00          77.10
 MERCHANTS CREDIT GUIDE C   UNSECURED         NOT FILED          .00             .00
 NCO FINANCIAL SYSTEMS IN   UNSECURED         NOT FILED          .00             .00
 SHERMAN ACQUISITION        UNSECURED            2680.16         .00         268.02
 PORTFOLIO RECOVERY ASSOC   UNSECURED             571.96         .00          57.20
 CAPITAL ONE AUTO FINANCE   NOTICE ONLY      NOT FILED           .00             .00
 DELL FINANCIAL             SECURED NOT I       1549.42          .00             .00
 SEVENTH AVENUE             UNSECURED             341.41         .00          34.14
 CINGULAR WIRELESS          UNSECURED            1433.65         .00         143.37
 ROBERT J ADAMS & ASSOC     REIMBURSEMENT        194.00          .00         194.00
 ROBERT J ADAMS & ASSOC     DEBTOR ATTY        2,800.00                     2,800.00
 TOM VAUGHN                 TRUSTEE                                           667.14
 DEBTOR REFUND              REFUND                                            146.14

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 44171 LINDA S HARDEN
```

```
                            RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    11,256.00

PRIORITY                                              194.00
SECURED                                             5,390.00
     INTEREST                                         583.28
UNSECURED                                           1,475.44
ADMINISTRATIVE                                      2,800.00
TRUSTEE COMPENSATION                                  667.14
DEBTOR REFUND                                         146.14
                           ---------------     ---------------
TOTALS                     11,256.00                11,256.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 04 B 44171 LINDA S HARDEN